IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUL 3 1 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DANIEL G. RODONI,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL OUTDOOR PRODUCTS, INC., WESTLAKE CHEMICAL CORPORATION, ROYAL GROUP INC., AXIALL CORPORATION, THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | CV 19–17–M–DLC<br><br>ORDER |

Before the Court is the Stipulation for Dismissal with Prejudice (Doc. 18) filed jointly by the parties to this case. As the parties have agreed to dismiss this case,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own attorneys' fees and costs.

-1-

DATED this 31st day of July, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court